IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WATERBRIDGE MARINE CONTRACTORS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PLANTATION LAKES PROPERTYOWNERS ASSOCIATION, INC., et al.,<br><br>        Defendants. | **ORDER FOLLOWING ORAL RULING**<br><br>Case No. 2:14-cv-00251<br><br>Judge Robert J. Shelby |

For the reasons stated on the record during the hearing on July 28, 2014, Defendants' Motions to Dismiss for Lack of Personal Jurisdiction are **GRANTED**.  (Dkt. Nos. 3, 5, 6.) Accordingly, the Complaint is **DISMISSED WITHOUT PREJUDICE** to re-file in another forum.  The Clerk of Court is directed to close the case.

    **SO ORDERED** this 31th day of July, 2014.

                            BY THE COURT:

                            _____
                            ROBERT J. SHELBY
                            United States District Judge